**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **SHANE**<br>First name<br><br>**MICHAEL**<br>Middle name<br><br>**DUNN**<br>Last name and Suffix (Sr., Jr., II, III) | **KYRA**<br>First name<br><br>**CHRISTINA**<br>Middle name<br><br>**DUNN**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | ASF  INTERACTIVE CIRCLE LLC<br>ASF  THE AGENCY BUILDER, LLC | ASF  INTERACTIVE CIRCLE LLC<br>ASF  THE AGENCY BUILDER, LLC |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0281 | xxx-xx-3480 |

Debtor 1  **SHANE MICHAEL DUNN**
Debtor 2  **KYRA CHRISTINA DUNN**                                                    Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **3405 SKYCROFT CIRCLE**<br>**ST. ANTHONY, MN 55418**<br>Number, Street, City, State & ZIP Code<br><br>**Hennepin**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **SHANE MICHAEL DUNN**
Debtor 2 **KYRA CHRISTINA DUNN**                                                     Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| | | |
|---|---|---|
| District | When | Case number |
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☒ Yes.

Debtor **INTERACTIVE CIRCLE LLC**  Relationship to you **CEO**
District **MINNESOTA**  When **2/23/25**  Case number, if known **25-40517**
Debtor **THE AGENCY BUILDER, LLC**  Relationship to you **CEO**
District **MINNESOTA**  When **2/23/25**  Case number, if known **25-40518**

**11. Do you rent your residence?**

- ☒ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | SHANE MICHAEL DUNN |
|---|---|
| Debtor 2 | KYRA CHRISTINA DUNN |

Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.*

*If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.*

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

| Debtor 1 | SHANE MICHAEL DUNN | |
|---|---|---|
| Debtor 2 | KYRA CHRISTINA DUNN | Case number *(if known)* |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of**: ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **SHANE MICHAEL DUNN**
Debtor 2  **KYRA CHRISTINA DUNN**  Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
■ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ SHANE MICHAEL DUNN | /s/ KYRA CHRISTINA DUNN |
| **SHANE MICHAEL DUNN** | **KYRA CHRISTINA DUNN** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **July 14, 2025** | Executed on **July 14, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

Document      Page 7 of 14

| Debtor 1 | **SHANE MICHAEL DUNN** | |
|---|---|---|
| Debtor 2 | **KYRA CHRISTINA DUNN** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ JOHN D. LAMEY III**
Signature of Attorney for Debtor

Date **July 14, 2025**
MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
Printed name

**LAMEY LAW FIRM, P.A.**
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
Number, Street, City, State & ZIP Code

Contact phone **651.209.3550**        Email address **JLAMEY@LAMEYLAW.COM**

**0312009 MN**
Bar number & State

```
ADCELLERANT
865 ALBION ST STE 400
DENVER CO 80220



ADVISOR INC
747 3RD AVE 3RD FLOOR
NEW YORK NY 10017



ALAN LITMAN
18061 GREEN BABLES TRL
LAKEVILLE MN 55044



ALLEN YUN
11343 STRATTON AVE APT 200
EDEN PRAIRIE MN 55344



AMERICAN EXPRESS LEGAL
PO BOX 119
SUFFERN NY 10901



AMEX
PO BOX 297871
FORT LAUDERDALE FL 33329



ANN PETERSON
6080 WATER STREET APT 1441
PLANO TX 75024-0073



AT&T
PO BOX 536216
ATLANTA GA 30353



BANK OF AMERICA
LEGAL DEPARTMENT
PO BOX 15019
WILMINGTON DE 19850
```

```
BANK VISTA
125 TWIN RIVER CT
SARTELL MN 56377



BASSFORD REMELE PA
ATTN
100 SOUTH 5TH STREET STE 1500
MINNEAPOLIS MN 55402



CAPITAL ONE
PO BOX 7683
SAN FRANCISCO CA 94120



CAPITAL ONE
BANKRUPTCY CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY UT 84130-0285



CHASE
270 PARK AVENUE
NEW YORK NY 10017



CNA SURETY
ATTN CLAIMS DEPT
333 SOUTH WABASHA AVE 41ST FLOOR
CHICAGO IL 60605



DELTA DENTAL OF MINNESOTA
NW 5772
PO BOX 1450
MINNESPOLIS MN 55485



DREAM LOCAL
PO BOX 101
THOMASTON ME 04861
```

```
GLENN CAMPBELL
IAC ONE LLC
2507 ABBEY RD
CAPE GIRARDEAU MO 63701



GOOGLE INC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW CA 94043



GREENBERG, GRANT & RICHARDS, INC
5858 WESTHEIMER RD. SUITE 500
HOUSTON TX 77057



HISCOX INSURANCE COMPANY INC
104 SOUTH MICHIGAN AVE STE 600
CHICAGO IL 60603-5950



INTUIT FINANCE
2700 COAST AVE.
MOUNTAIN VIEW CA 94043



IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346



JIM AND KATHY KIRKENDALL
2804 33RD AVE NE
MINNEAPOLIS MN 55418-1640



JOHN HOEFT
15832 57TH PLACE NORTH
PLYMOUTH MN 55446



LESLIE COZATT
1871 LONGVIEW DR
NEW BRIGHTON MN 55112
```

```
MATT DYBING
IAC ONE LLC
7615 2ND AVE S
RICHFIELD MN 55423


MEDICA
4316 RICE LAKE RD
DULUTH MN 55811


MICHAEL VARIAN
11543 FLINTWOOD ST NW
COON RAPIDS MN 55448-2439


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564


MN UNEMPLOYMENT
DEPT OF EMPLOYMENT & ECONOMIC DEVELOPMEN
PO BOX 4629
SAINT PAUL MN 55101


MODS AGENCY LLC
ATTN NICHOLAS J LEHR
3135 SANDY HOOK DR
SAINT PAUL MN 55113-2128


MYSLAJEK KEMP & SPENCER, LTD
1000 SHELARD PARKWAY FLOOR 6
MINNEAPOLIS MN 55426


NACIA DAHL
24306 E CEDAR LAKE DR
NEW PRAGUE MN 56071


NATIONSTAR/MR COOPER
8950 CYPRESS WATERS BLVD
COPPELL TX 75019
```

```
NEUMAN LLC
3212 RICE STREET
SAINT PAUL MN 55126



NICHOLAS J LEHR
3135 SANDY HOOK DR
SAINT PAUL MN 55113



PETE BURGESON
1125 BUCHANAN ST NE
MINNEAPOLIS MN 55413



RYAN BENSON
16970 CREEK RIDGE TRL
MINNETONKA MN 55345



SCOTT LOE
4320 WINDWOOD WAY
MINNETONKA MN 55345



SHAWNEE HUIE
4304 15TH AVE S
MINNEAPOLIS MN 55407



SUSSMAN & FRANKEL LLP
ATTN MITCHELL D FRANKEL
805 THIRD AVE  TWELFTH FLOOR
NEW YORK NY 10022



TAREEN DERMATOLOGY
2720 FAIRVIEW AVE N, SUITE 250
ROSEVILLE MN 55113



TD AUTO FINANCE
PO BOX 9223
FARMINGTON MI 48333
```

TELECOM SELFREPORTED
PO BOX 4500
ALLEN TX 75013


TIM HUIE
206 1ST S
MENTOR MN 56736-3603


TWIN CITY GROUP
4500 PARK GLEN RD
ST LOUIS PARK MN 55416


US BANK
BANKRUPTCY/RECOVERY DEPARTMENT
PO BOX 5229
CINCINNATI OH 45201


US SMALL BUSINESS ADMIN
MINNESOTA DISTRICT OFFICE
330 2ND AVE S STE 430
MINNEAPOLIS MN 55401-2224


US SMALL BUSINESS ADMINISTRATION
332 S MICHIGAN STE 600
CHICAGO IL 60604


UTILITY SELFREPORTED
P.O BOX 4500
ALLEN TX 75013


VALLEY FORGE INSURANCE CO
151 N FRANKLIN
CHICAGO IL 60606


VINCE SCHAEFER
7965 STONE CREEK DRIVE STE 130
CHANHASSEN MN 55317

```
WELLS FARGO BANK CARD
PO BOX 393
MINNEAPOLIS MN 55480
```