**STARK CARPET CORP**
979 THIRD AVE
NEW YORK NY 10022
(706)624-0082

**KYRA DUNN**

Paycor
A Paychex® Company

FEIN:
Pay Period 06/15/2025 - 06/28/2025
Pay Date 07/03/2025

**FITWH** **Filing Status: M**
**MN** **Filing Status: M Exemptions: 4**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 2,884.61 | 664.00 | 24,519.19 |
| Holiday | | | | 16.00 | |
| ‡Phone Reim | | | 20.00 | | 100.00 |
| **Total** | | 80.00 | $2,904.61 | 680.00 | $24,619.19 |
| **Total Hours Worked** | | 80.00 | | 664.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| Dental | 78.64 | 651.04 |
| Med | 438.46 | 3,946.14 |
| Vision | 9.26 | 79.34 |
| **Total** | $526.36 | $4,676.52 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 34.19 | 287.68 |
| SOC | 146.21 | 1,230.23 |
| MN | 53.94 | 433.95 |
| **Total** | $234.34 | $1,951.86 |

**Net Pay** **XXXXXX** $2,143.91

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**STARK CARPET CORP**
979 THIRD AVE
NEW YORK NY 10022

Direct Deposit #
Date 07/03/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

1101003034 DD

Pay to the
Order of

**KYRA DUNN**
3405 SKYCROFT CIR
MINNEAPOLIS MN 55418

DIRECT DEPOSIT $2,143.91 TO
ACCOUNT # XXXXXX

BANK # XXXXXX

**N O N - N E G O T I A B L E**

**STARK CARPET CORP**
979 THIRD AVE
NEW YORK NY 10022
(706)624-0082

**KYRA DUNN**



FEIN:
Pay Period 05/04/2025 - 05/17/2025
Pay Date 05/23/2025

**FITWH** **Filing Status: M**
**MN** **Filing Status: M Exemptions: 4**

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 80.00 | 2,884.61 | 432.00 | 15,865.36 |
| Holiday | | | | 8.00 | |
| ‡Phone Reim | | | | | 60.00 |
| **Total** | | 80.00 | $2,884.61 | 440.00 | $15,925.36 |
| **Total Hours Worked** | | 80.00 | | 432.00 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| Dental | 78.64 | 415.12 |
| Med | 438.46 | 2,630.76 |
| Vision | 9.26 | 51.56 |
| **Total** | $526.36 | $3,097.44 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 34.19 | 185.11 |
| SOC | 146.21 | 791.60 |
| MN | 53.94 | 272.13 |
| **Total** | $234.34 | $1,248.84 |

**Net Pay** **XXXXXX** $2,123.91

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**STARK CARPET CORP**
979 THIRD AVE
NEW YORK NY 10022

Direct Deposit #
Date 05/23/2025

Pay this Amount

| ** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID ** |
|---|---|

1101003034 DD

DIRECT DEPOSIT $2,123.91 TO
ACCOUNT # XXXXXX

Pay to the
Order of

**KYRA DUNN**
3405 SKYCROFT CIR
MINNEAPOLIS MN 55418

BANK # XXXXXX

**N O N - N E G O T I A B L E**