| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | SHANE MICHAEL DUNN<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–0281<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | KYRA CHRISTINA DUNN<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3480<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Minnesota | Date case filed for chapter: | 7   7/14/25 |
| Case number: | 25–42271 – KAC | | |

| You can receive court notices and orders by email instead of U.S. Mail via these two options: | For creditors: Register for Electronic Bankruptcy Noticing at ebn.uscourts.gov. | For debtors: Register for Debtor Electronic Bankruptcy Noticing (DeBN) at www.mnb.uscourts.gov/debn | DeBN |
|---|---|---|---|

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | SHANE MICHAEL DUNN | KYRA CHRISTINA DUNN |
| 2. | All other names used in the last 8 years | asf INTERACTIVE CIRCLE LLC, asf THE AGENCY BUILDER, LLC | asf INTERACTIVE CIRCLE LLC, asf THE AGENCY BUILDER, LLC |
| 3. | Address | 3405 SKYCROFT CIRCLE<br>ST. ANTHONY, MN 55418 | 3405 SKYCROFT CIRCLE<br>ST. ANTHONY, MN 55418 |
| 4. | Debtor's attorney<br>Name and address | John D. Lamey III<br>Lamey Law Firm, P.A.<br>980 Inwood Ave N<br>Oakdale, MN 55128 | Contact phone: 651–209–3550<br>Email: bankrupt@lameylaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Mary Jo A Jensen–Carter<br>Buckley & Jensen<br>1257 Gun Club Road<br>White Bear Lake, MN 55110 | Contact phone: 651–486–7475<br>Email: trustee@buckleyjensen.comcastbiz.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 301 Diana E. Murphy U.S. Courthouse  300 South Fourth Street  Minneapolis, MN 55415 | Hours open: Monday – Friday 8:00AM to 4:30PM  Contact phone: (612)–664–5200  Web address: www.mnb.uscourts.gov  Date: 7/15/25 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 18, 2025 at 11:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **For additional meeting information, go to https://www.justice.gov/ust/moc** | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 812 876 9527, and Passcode 2582525918, or call 1–612–887–6208** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 10/17/25**  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:**  Credit Counseling and Debtor Education Information can be found at  http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 10/17/25** |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 25-42271-KAC |
| SHANE MICHAEL DUNN | Chapter 7 |
| KYRA CHRISTINA DUNN | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 15, 2025 | Form ID: 309A | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | SHANE MICHAEL DUNN, KYRA CHRISTINA DUNN, 3405 SKYCROFT CIRCLE, ST. ANTHONY, MN 55418-1718 |
| 63438757 | + | ADCELLERANT, 865 ALBION ST STE 400, DENVER CO 80220-4809 |
| 63438758 | + | ADVISOR INC, 747 3RD AVE 3RD FLOOR, NEW YORK NY 10017-2878 |
| 63438759 | + | ALAN LITMAN, 18061 GREEN BABLES TRL, LAKEVILLE MN 55044-2015 |
| 63438760 | + | ALLEN YUN, 11343 STRATTON AVE APT 200, EDEN PRAIRIE MN 55344-4477 |
| 63438761 | + | AMERICAN EXPRESS LEGAL, PO BOX 119, SUFFERN NY 10901-0119 |
| 63438763 | + | ANN PETERSON, 6080 WATER STREET APT 1441, PLANO TX 75024-0071 |
| 63438766 | + | BANK VISTA, 125 TWIN RIVER CT, SARTELL MN 56377-2146 |
| 63438767 | + | BASSFORD REMELE PA, ATTN, 100 SOUTH 5TH STREET STE 1500, MINNEAPOLIS MN 55402-1254 |
| 63438768 | + | CAPITAL ONE, PO BOX 7683, SAN FRANCISCO CA 94120-7683 |
| 63438771 | + | CNA SURETY, ATTN CLAIMS DEPT, 333 SOUTH WABASHA AVE 41ST FLOOR, CHICAGO IL 60604-4107 |
| 63438772 | + | DELTA DENTAL OF MINNESOTA, NW 5772, PO BOX 1450, MINNESPOLIS MN 55485-1450 |
| 63438773 | + | DREAM LOCAL, PO BOX 101, THOMASTON ME 04861-0101 |
| 63438777 | | HISCOX INSURANCE COMPANY INC, 104 SOUTH MICHIGAN AVE STE 600, CHICAGO IL 60603-5950 |
| 63438778 | + | INTUIT FINANCE, 2700 COAST AVE., MOUNTAIN VIEW CA 94043-1140 |
| 63438780 | | JIM AND KATHY KIRKENDALL, 2804 33RD AVE NE, MINNEAPOLIS MN 55418-1640 |
| 63438781 | + | JOHN HOEFT, 15832 57TH PLACE NORTH, PLYMOUTH MN 55446-3740 |
| 63438782 | + | LESLIE COZATT, 1871 LONGVIEW DR, NEW BRIGHTON MN 55112-5276 |
| 63438783 | + | MATT DYBING, IAC ONE LLC, 7615 2ND AVE S, RICHFIELD MN 55423-4212 |
| 63438784 | + | MEDICA, 4316 RICE LAKE RD, DULUTH MN 55811-4012 |
| 63438785 | | MICHAEL VARIAN, 11543 FLINTWOOD ST NW, COON RAPIDS MN 55448-2439 |
| 63438787 | + | MN UNEMPLOYMENT, DEPT OF EMPLOYMENT & ECONOMIC DEVELOPMEN, PO BOX 4629, SAINT PAUL MN 55101-4629 |
| 63438788 | | MODS AGENCY LLC, ATTN NICHOLAS J LEHR, 3135 SANDY HOOK DR, SAINT PAUL MN 55113-2128 |
| 63438789 | + | MYSLAJEK KEMP & SPENCER, LTD, 1000 SHELARD PARKWAY FLOOR 6, MINNEAPOLIS MN 55426-1053 |
| 63438790 | + | NACIA DAHL, 24306 E CEDAR LAKE DR, NEW PRAGUE MN 56071-7805 |
| 63438792 | + | NEUMAN LLC, 3212 RICE STREET, SAINT PAUL MN 55126-3047 |
| 63438793 | + | NICHOLAS J LEHR, 3135 SANDY HOOK DR, SAINT PAUL MN 55113-2128 |
| 63438794 | + | PETE BURGESON, 1125 BUCHANAN ST NE, MINNEAPOLIS MN 55413-3131 |
| 63438795 | + | RYAN BENSON, 16970 CREEK RIDGE TRL, MINNETONKA MN 55345-6300 |
| 63438796 | + | SCOTT LOE, 4320 WINDWOOD WAY, MINNETONKA MN 55345-2454 |
| 63438797 | + | SHAWNEE HUIE, 4304 15TH AVE S, MINNEAPOLIS MN 55407-3304 |
| 63438798 | + | SUSSMAN & FRANKEL LLP, ATTN MITCHELL D FRANKEL, 805 THIRD AVE TWELFTH FLOOR, NEW YORK NY 10022-7513 |
| 63438799 | + | TAREEN DERMATOLOGY, 2720 FAIRVIEW AVE N, SUITE 350, ROSEVILLE MN 55113-1306 |
| 63438803 | #+ | TWIN CITY GROUP, 4500 PARK GLEN RD, ST LOUIS PARK MN 55416-4892 |
| 63438808 | + | VALLEY FORGE INSURANCE CO, 151 N FRANKLIN, CHICAGO IL 60606-1915 |
| 63438809 | + | VINCE SCHAEFER, 7965 STONE CREEK DRIVE STE 130, CHANHASSEN MN 55317-4619 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0864-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 309A | Total Noticed: 59 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: bankrupt@lameylaw.com | Jul 15 2025 21:15:00 | John D. Lamey, III, Lamey Law Firm, P.A., 980 Inwood Ave N, Oakdale, MN 55128 |
| tr | + EDI: BMAJENSENCARTER | Jul 16 2025 01:15:00 | Mary Jo A Jensen-Carter, Buckley & Jensen, 1257 Gun Club Road, White Bear Lake, MN 55110-3379 |
| smg | + EDI: MINNDEPREV.COM | Jul 16 2025 01:15:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Jul 15 2025 21:15:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + Email/Text: ustpregion12.mn.ecf@usdoj.gov | Jul 15 2025 21:15:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63438762 | + Email/PDF: bncnotices@becket-lee.com | Jul 15 2025 21:24:47 | AMEX, PO BOX 297871, FORT LAUDERDALE FL 33329-7871 |
| 63438764 | + EDI: ATTWIREBK.COM | Jul 16 2025 01:15:00 | AT&T, PO BOX 536216, ATLANTA GA 30353-6216 |
| 63438765 | + EDI: BANKAMER | Jul 16 2025 01:15:00 | BANK OF AMERICA, LEGAL DEPARTMENT, PO BOX 15019, WILMINGTON DE 19850-5019 |
| 63438769 | EDI: CAPITALONE.COM | Jul 16 2025 01:15:00 | CAPITAL ONE, BANKRUPTCY CORRESPONDENCE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 63438770 | + EDI: JPMORGANCHASE | Jul 16 2025 01:15:00 | CHASE, 270 PARK AVENUE, NEW YORK NY 10017-2070 |
| 63438885 | + Email/Text: bankruptcy@genisyscu.org | Jul 15 2025 21:16:00 | GENISYS CREDIT UNION, CORPORATE HEADQUARTERS, 2100 EXECUTIVE HILLS BLVD, AUBURN HILLS MI 48326-2947 |
| 63438775 | + Email/Text: bankruptcy-notification@google.com | Jul 15 2025 21:15:00 | GOOGLE INC, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW CA 94043-1351 |
| 63438776 | ^ MEBN | Jul 15 2025 21:13:28 | GREENBERG, GRANT & RICHARDS, INC, 5858 WESTHEIMER RD. SUITE 500, HOUSTON TX 77057-5645 |
| 63438779 | EDI: IRS.COM | Jul 16 2025 01:15:00 | IRS, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 63438786 | EDI: MINNDEPREV.COM | Jul 16 2025 01:15:00 | MINNESOTA DEPT OF REV, COLLECTION DIVISION, PO BOX 64564, SAINT PAUL MN 55164-0564 |
| 63438791 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2025 21:15:00 | NATIONSTAR/MR COOPER, 8950 CYPRESS WATERS BLVD, COPPELL TX 75019-4620 |
| 63438800 | + EDI: LCITDAUTO | Jul 16 2025 01:15:00 | TD AUTO FINANCE, PO BOX 9223, FARMINGTON MI 48333-9223 |
| 63438801 | ^ MEBN | Jul 15 2025 21:13:52 | TELECOM SELFREPORTED, PO BOX 4500, ALLEN TX 75013-1311 |
| 63438806 | Email/Text: bankruptcynotices@sba.gov | Jul 15 2025 21:16:00 | US SMALL BUSINESS ADMINISTRATION, 332 S MICHIGAN STE 600, CHICAGO IL 60604 |
| 63438804 | EDI: USBANKARS.COM | Jul 16 2025 01:15:00 | US BANK, BANKRUPTCY/RECOVERY DEPARTMENT, PO BOX 5229, CINCINNATI OH 45201 |
| 63438805 | Email/Text: minneapolis.mn@sba.gov | Jul 15 2025 21:16:00 | US SMALL BUSINESS ADMIN, MINNESOTA DISTRICT OFFICE, 330 2ND AVE S STE 430, MINNEAPOLIS MN 55401-2224 |
| 63438807 | ^ MEBN | Jul 15 2025 21:13:31 | UTILITY SELFREPORTED, P.O BOX 4500, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 63438810 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 15 2025 21:24:31 | WELLS FARGO BANK CARD, PO BOX 393, MINNEAPOLIS MN 55480-0393 ALLEN TX 75013-1311 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63438774 | ##+ | GLENN CAMPBELL, IAC ONE LLC, 2507 ABBEY RD, CAPE GIRARDEAU MO 63701-1506 |
| 63438802 | ## | TIM HUIE, 206 1ST S, MENTOR MN 56736-3603 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John D. Lamey, III | on behalf of Debtor 1 SHANE MICHAEL DUNN bankrupt@lameylaw.com  MGangi@lameylaw.com;ewise@lameylaw.com |
| John D. Lamey, III | on behalf of Debtor 2 KYRA CHRISTINA DUNN bankrupt@lameylaw.com  MGangi@lameylaw.com;ewise@lameylaw.com |
| Mary Jo A Jensen-Carter | trustee1@buckleyjensen.com  trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4