**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

SHANE MICHAEL DUNN
KYRA CHRISTINA DUNN

Case No: 25−42271 − KAC

Debtor(s)

Chapter 7 Case

---

To: Attorney for the Debtor(s):

John D. Lamey III
Lamey Law Firm, P.A.
980 Inwood Ave N
Oakdale, MN 55128

You are notified that in the above proceeding the notice of Meeting of Creditors and related matters mailed by this office to

TIM HUIE
206 1ST s
MENTOR MN 56736−3603

has been returned undeliverable as addressed.

A failure to properly schedule a creditor, unless he or she can be proved to have actual knowledge of the case, may prevent discharge of an otherwise dischargeable debt. See 11 U.S.C. 523(a)(3).

It is suggested the creditor may be put on actual notice by a timely and correctly addressed letter sent by you to the creditor enclosing a copy of the notice.

The creditor's correct address should be added to the Court's database. Select Add to matrix from the Post−Petition Events category, then Enter individual creditors. Debtors not represented by an attorney should file a copy of the letter with the Court.

Dated: 1/27/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: ADK
Deputy Clerk

**mnbrtnml** 03/03/2005 − kb